| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gonzalez, Jr., Jose A. | 2. Court or Organization<br><br>U.S. District Court, So.District of Florida | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>205D, United States Courthouse<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 18 A 10: 10<br>FINANCIAL DISCLOSURE OFFICE<br>RECEIVED

Gonzalez Jr_Jose_A

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI: LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BankAmerica Market Line Acct., Fort Lauderdale, FL | B | Interest | K | T | | | | | |
| 2. SunBank Money Mkt Acct., Fort Lauderdale, FL | A | Interest | K | T | | | | | |
| 3. Oxford Tax Exempt | A | Interest | J | T | | | | | |
| 4. Coca-Cola | A | Dividend | J | T | | | | | |
| 5. Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 6. Orange Blossom Land Trust, Fort Lauderdale, FL | | None | J | W | | | | | |
| 7. FPL Group, Inc. | A | Dividend | K | T | | | | | |
| 8. Morgan Stanley Tax Free, Inc. | A | Interest | K | T | | | | | |
| 9. General Electric Co. | A | Dividend | K | T | | | | | |
| 10. Morgan Stanley Asset Trust CTR -IRA | A | Interest | L | T | | | | | |
| 11. FPL Group, Inc. - IRA | A | Dividend | J | T | | | | | |
| 12. Schering Plough Corp. | A | Dividend | J | T | | | | | |
| 13. Morgan Stanley Active Assets Acct. | A | Interest | J | T | | | | | |
| 14. SunTrust Banks | A | Dividend | K | T | | | | | |
| 15. Bond - FLA ST BOE Pub Educ. | A | Interest | L | T | | | | | |
| 16. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 17. Exxon Corp. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Muniyield, etc. | B | Dividend | K | T | | | | | |
| 19. American Stores | A | Dividend | J | T | | | | | |
| 20. Acreage - Highlands County, FL | | None | J | W | | | | | |
| 21. Coml Rental, Fort Lauderdale, FL (Quester) | A | Rent | L | W | | | | | |
| 22. AT&T | C | Dividend | K | T | Partial sale | 1/03 | J | A | |
| 23. Verizon Communications (Bell Atlantic) | A | Dividend | K | T | | | | | |
| 24. Kimberly Clark | A | Dividend | J | T | | | | | |
| 25. SBC Communications (SW Bell) (Also Ameritech) | A | Dividend | K | T | | | | | |
| 26. H.J. Heinz | A | Dividend | J | T | | | | | |
| 27. Grady's Bar, Inc., Fort Lauderdale, FL | C | Dividend | L | W | | | | | |
| 28. Lee Bank | A | Interest | J | T | | | | | |
| 29. Equitable Life | A | Interest | K | T | | | | | |
| 30. Alcatel-Lucent Technologies | A | Dividend | | | Sold | 12/31 | J | | |
| 31. Hewlett Packard - IRA | A | Dividend | K | T | | | | | |
| 32. (American Brands) Fortune Brands | A | Dividend | K | T | | | | | |
| 33. Bond - Indian River County Water and SewerRev. | B | Interest | K | T | | | | | |
| 34. Vodafone GP PLC (Gallaher CP PLC) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Associates First CAP CPA | A | Dividend | J | T | | | | | |
| 36. Supervalu, Inc. (nee Albertsons) | A | Dividend | J | T | | | | | |
| 37. BankAmerica Checking | A | Interest | K | T | | | | | |
| 38. Agilent Technologies | | None | J | T | | | | | |
| 39. Interactive Corp. (Formerly Ask Jeeves) | | None | J | T | | | | | |
| 40. Citigroup | A | Dividend | J | T | | | | | |
| 41. Kraft Foods | A | Dividend | J | T | | | | | |
| 42. Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 43. Zimmer Holdings | | None | J | T | | | | | |
| 44. Copeland Real Estate, Inc., Fort Lauderdale, FL 12/31/07 | D | Dividend | O | Q | | | | | |
| 45. Florida St.Bd.Ed. Cap Bond | A | Interest | K | T | | | | | |
| 46. Florida St. Turnpike Auth Rev. Bond | A | Interest | K | T | | | | | |
| 47. Tampa Bay Water Sup Re. Bond | A | Interest | K | T | | | | | |
| 48. National City Corp | | None | | | Sold | 12/31 | K | | |
| 49. Comcast | A | Dividend | J | T | | | | | |
| 50. Franklin F/L T/F Income | D | Interest | M | T | | | | | |
| 51. Van Kampen Tax Exempt | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Amanda Tilley - Personal loan | | None | J | T | | | | | |
| 53. Bond - Jacksonville Fla GTD Entitlement | J | Interest | J | T | | | | | |
| 54. Neenah Paper Inc. | | None | J | T | | | | | |
| 55. Del Monte Foods | A | Dividend | J | T | | | | | |
| 56. Wells Fargo (nee Wachovia) | B | Dividend | K | T | | | | | |
| 57. Discover Bank | B | Interest | | | Sold | 07/30 | L | | |
| 58. Wells Fargo (nee World Savings) CD | D | Interest | M | T | | | L | | |
| 59. Idearc, Inc (Spun-off Verizon) | | None | J | T | Spin-Off | 03/10 | J | | |
| 60. Ticketmaster | | None | J | T | Spinoff (from line 39) | 08/21 | | | |
| 61. Tree.Com | | None | J | T | Spinoff (from line 39) | 08/21 | | | |
| 62. HSN, Inc. | | None | J | T | Spinoff (from line 39) | 08/21 | | | |
| 63. Interval Leisure Group | | None | J | T | Spinoff (from line 39) | 08/21 | | | |
| 64. Expedia | | None | J | T | Spinoff (from line 39) | 08/21 | | | |
| 65. Comlitz Bank CD | | None | K | T | Buy | 07/25 | K | | |
| 66. First Merchant Bank CD | | None | K | T | Buy | 07/30 | K | | |
| 67. Gilead Science | | None | K | T | Buy | 07/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544